HAWLEY & LETZERICH (STRAUSS-ECKARDT CO., INC.) *v.* UNITED STATES

**No. 5866.**—Invoice dated Oberlind, Germany, August 25, 1936
    Entered at Galveston, Tex., September 22, 1936.
    Entry No. 35.

(Decided May 10, 1943)

*Sharretts & Hillis (Arthur L. Tallman* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General (*Daniel I. Auster,* special attorney), for the defendant.

OLIVER, Presiding Judge: This appeal for reappraisement involves the proper dutiable value of certain Christmas-tree ornaments exported from Germany and imported at the port of Galveston, Tex.

The case has been submitted for decision on a stipulation entered into by and between counsel for the respective parties, wherein it is agreed, in substance, as follows:

(1) That the Christmas-tree ornaments in question were exported from Germany in 1936.

(2) That the instant merchandise is similar in all material respects to that which was the subject of the decision in the case of *F. W. Woolworth Co. et al.* v. *United States* (Reap. Dec. 5094).

(3) That the market conditions existing during the period of exportation of the articles in question were similar, if not identical, to the conditions found to be prevailing in the foreign market as described in the *Woolworth Co.* case, *supra.*

(4) That the record in the *Woolworth Co.* case, *supra,* may be incorporated in and made a part of the record in the present case.

On the agreed facts, as hereinabove set forth, I find that on the dates of exportation of the instant merchandise Christmas-tree ornaments, such as and similar to those involved herein, were freely offered for sale to all purchasers in the principal market of the country of exportation, to wit, the Sonneberg-Lauscha district of Germany, in the usual wholesale quantities and in the ordinary course of trade for consumption in Germany and for exportation to the United States and other countries.

Accordingly, I hold as matter of law that the proper dutiable foreign and export values of the Christmas-tree ornaments herein involved, are the appraised value, less any additions made by the importer by reason of advances made by the appraiser in similar cases.

The appeal having been abandoned insofar as it relates to all other merchandise, to that extent the appeal is hereby dismissed.

Judgment will be rendered accordingly.